**Opinion issued June 1, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00340-CV**

———————————

**IN RE WAL-MART STORES TEXAS, LLC AND TERRY RAY BAKER,
Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

On May 9, 2023, Relators Wal-Mart Stores Texas, LLC And Terry Ray Baker ("Relators") filed a Petition for Writ of Mandamus asking this Court to compel Respondent, the Honorable Ursula A. Hall ("Respondent"), to rule on their Motion to Compel the Independent Medical Exam of Plaintiff Tomlee Thomas, originally

set for submission on September 2, 2019.[1]  The following week, on May 16, 2023, Relators filed a Motion to Dismiss their Petition for Writ of Mandamus for Mootness, noting that after they filed their Petition for Writ of Mandamus, Respondent ruled on their underlying Motion to Compel.

We grant Relators' Motion to Dismiss and dismiss their Petition for Writ of Mandamus as moot.  All other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.

---

[1]  The underlying case is *Tomlee Thomas v. Terry Ray Baker, Betty Lee Kemp, and Wal-Mart Stores Texas, LLC*, Cause No. 2018-55025, pending in the 165th District Court of Harris County, Texas, the Honorable Ursula A. Hall presiding.